IN THE UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

IN RE: DUBRAVKA JURAGA          CASE NO. 08-30501

### NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, MTGLQ hereby request the Trustee payment address on its claim(s) for the above mentioned case be changed from the following address:

**MTGLQ
PO Box 137
Norcross, GA 30091**

To the new payment address below:

**LCS Financial Services Corporation
6782 South Potomac Street
Centennial, CO 80112**

This address change pertains to Trustee payments and all other correspondences for this case.

/s/ Stacy Suire
Stacy Suire
Telephone (800) 209-9161

CC:

Glenn B Stearns
4343 Commerce Court Ste 120
Lisle, IL 60532



FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY 16 2011
KENNETH S. GARDNER, CLERK
PS REP. - AI