UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

IN RE:

Juraga, Dubravka

SSN XXX-XX-7412

Chapter 13
Case No.: 08-30501

**EVIDENCE OF TRANSFER & NOTICE OF TRANSFER OF CLAIM(S)**
**(WITH NOTICE ATTACHED)**

Pursuant to Rule 3001(e), LCS Financial Services Corporation provides Notice of Transfer of Claim from Litton Loan Servicing to LCS Financial Services Corporation having Claim Number 1 and shows unto the Court the following:

1. The name and address of the transferor of the claim is:

Litton Loan Servicing
4828 Loop Central Dr
Houston, TX 77081

2. The name and address of the transferee is:

LCS Financial Services Corporation
6782 S. Potomac St. Ste. 100
Centennial, CO 80112

3. The amount of the claim being transferred is:

$ 25,497.88

4. The Proof of Claim has been filed by the transferor pursuant to 11 USC Section 502 (a).

5. The transfer of the claim is unconditional and other than for security.

This 24 day of August, 2011

/s/ Rita Long
Rita Long
LCS Financial Services Corporation

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

IN RE:

                                            Case No.: 08-30501
                                            Chapter 13

Juraga, Dubravka
4012 Park St
Westmont,


_____Debtors_____


**NOTICE TO TRANSFEROR OF FILING OF TRANSFER OF CLAIM(S)**


To: Litton Loan Servicing

      Pursuant to Fed. R. Bankr. P. 3001(e)(2), you are hereby advised that a Transfer of Claim(s) has been filed in this Court by LCS Financial Services Corporation, regarding Claim Number(s) 1 filed by Litton Loan Servicing.

      If an objection is not filed within 20 days of the mailing of this notice, the Transferee shall be substituted for the Transferor.

Dated on August 24, 2011

                    FOR THE COURT
                    United States Bankruptcy Court, Clerk of Court
                    Northern District of Illinois
                    219 S Dearborn St
                    Chicago, IL 60604