NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Dubravka Juraga
4012 Park Street
Westmont, IL 60559
SSN: xxx−xx−7412 EIN: N.A.

Case No. :   08−30501
Chapter :   13
Judge :   Donald R. Cassling

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Ocwen Loan Servicing, LLC

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to MTGLQ INVESTORS, LP of your claim in the above matter, designated Claim No. 1 in the amount of $25497.88. If no objections are filed by you on or before September 20, 2013 the Court shall substitute MTGLQ INVESTORS, LP in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: September 3, 2013

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Dubravka Juraga  
       Debtor

Case No. 08-30501-DRC  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: mgonzalez     Page 1 of 1     Date Rcvd: Sep 03, 2013  
                   Form ID: ntcasclm    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2013.  
db         +Dubravka Juraga,    4012 Park Street,    Westmont, IL 60559-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
17908916     +Fax: 407-737-5634 Sep 04 2013 03:19:35     Ocwen Loan Servicing, LLC,    1661 Worthington Road,     Suite #100,    West Palm Beach, FL 33409-6493
                                                                                                                                                       TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2013                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2013 at the address(es) listed below:  
        Glenn B Stearns    mcguckin_m@lisle13.com  
        Martin J O'Hearn    on behalf of Debtor Dubravka   Juraga martinohearnlaw@sbcglobal.net  
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
                                                                                                                                       TOTAL: 3