UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:  )  BK No.: 13-17733
PATRICK DENNIS GINANN  )
)  Chapter: 13
)
)  Honorable Carol Doyle
)
)
Debtor(s)  )

**ORDER GRANTING DEBTOR'S MOTION TO REOPEN CHAPTER 13 CASE**

    THIS CAUSE, coming to be heard on DEBTOR'S MOTION TO REOPEN CHAPTER 13 CASE, due notice having been given, and the Court being advised in the premises; IT IS HEREBY ORDERED;

1. Debtor's Motion to Reopen is hereby granted.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: June 23, 2015

**Prepared by:**

Nathan C. Volheim ARDC #6302103
Counsel for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181