

Date:      October 6, 2015                                          Case No:  13-17733

Debtor:    Patrick Dennis Ginnan

## Time Itemization

| Date of Service | Initials | Service Provided | Hours | Fee Earned | Hourly Rate |
|---|---|---|---|---|---|
| 05/07/15 | NCV | Phone call with client | 0.500 | $162.50 | $325.00 |
| 05/11/15 | NCV | Prepare client's affidavit | 1.000 | $325.00 | $325.00 |
| 05/12/15 | NCV | Prepare Motion to Reopen and Motion for Civil Contempt | 6.000 | $1,950.00 | $325.00 |
| 06/15/15 | NCV | Phone call with client re: settlement | 0.200 | $65.00 | $325.00 |
| 06/15/15 | NCV | Phone call with counsel for Respondents  (John Blatt) | 0.200 | $65.00 | $325.00 |
| 06/15/15 | NCV | Prepare and send email  to counsel for Respondents re: settlement | 0.300 | $97.50 | $325.00 |
| 06/23/15 | NCV | Appear for Presentment of Motion to Reopen and Motion for Civil Contempt | 0.500 | $162.50 | $325.00 |
| 07/21/15 | MOB | Review Respondents' Response to Motion for Civil Contempt | 0.500 | $162.50 | $325.00 |
| 07/23/15 | MOB | Phone call with Respondents' counsel (Douglas Oliver) re: settlement | 0.300 | $97.50 | $325.00 |
| 08/11/15 | MOB | Prepare Motion for Extension of Time | 0.500 | No Charge | $325.00 |
| 08/25/15 | PMB | Appear for Motion for Extension of Time | 0.500 | No Charge | $325.00 |
| 08/31/15 | MOB | Research Case Law Cited by Respondents and Case Law in Support Motion for Civil Contempt | 3.500 | $1,137.50 | $325.00 |
| 09/01/15 | MOB | Prepare Reply in Support of Motion for Sanctions | 7.000 | $2,275.00 | $325.00 |
| 09/11/15 | MOB | In house discussion re: 9/15/15 status hearing with Paul M. Bach | 0.300 | $97.50 | $325.00 |
| 09/15/15 | PNB | Appear for Status Hearing/Ruling | 0.500 | $162.50 | $325.00 |
| 09/23/15 | MOB | In house discussion with Penelope N. Bach re: 09/15/15 status hearing/ruling | 0.200 | $65.00 | $325.00 |
| 09/23/15 | MOB | Phone call with client re: 09/15/15 status hearing/ruling | 0.600 | $195.00 | $325.00 |
| 10/06/15 | MOB | Prepare Fee Itemization | 0.500 | No Charge | $325.00 |
|  |  |  | Total | Total |  |
|  |  |  | 21.600 | $7,020.00 |  |
|  | NCV | Attorney Nathan C. Volheim |  |  |  |
|  | MOB | Attorney Mohammed O. Badwan |  |  |  |
|  | PNB | Attorney Penelope N. Bach |  |  |  |
|  | PMB | Attorney Paul M. Bach |  |  |  |